IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROXANNE LYNNE HERCEG,
    *Debtor,*

UNITED STATES TRUSTEE,
    *Movant,*

v.

JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION,
    *Respondent.*

Case No. 17-21194 TPA

Chapter 13

Related to Doc. No. 37

Hearing: August 15, 2018 at 12:00 P.M.

# ORDER

*AND NOW*, this *8th* day of *June, 2018*, it is hereby **ORDERED, ADJUDGED and DECREED** that the hearing on the *Objection of the United States Trustee to Notice of Mortgage Payment Change* has been RESCHEDULED before Judge Carlota M. Böhm to *August 15, 2018* at *12:00 P.M.* in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. The deadline to respond to the Objection is extended to *July 18, 2018*.

Carlota M. Böhm
United States Bankruptcy Judge

dmr

FILED
6/8/18 12:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Roxanne Lynne Herceg
    Debtor

Case No. 17-21194-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Jun 08, 2018
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2018.
db    +Roxanne Lynne Herceg,    5465 Spruce Street,    Bethel Park, PA 15102-2607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr       JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2018 at the address(es) listed below:
      Catherine T. Martin    on behalf of Debtor Roxanne Lynne Herceg martinc@nlsa.us
      James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com, cnoroski@grblaw.com
      Luke A. Sizemore    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
      Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
             TOTAL: 7