**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| ROXANNE LYNNE HERCEG, | Case No. 17-21194-TPA |
| Debtor. | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | Related to Document No. 54 |
| | Objection Deadline: September 17, 2018 |
| Movant, | Hearing Date and Time: |
| v. | September 19, 2018, at 12:00 p.m. ET |
| UNITED STATES TRUSTEE, | |
| Respondent. | |

**ORDER EXTENDING TIME TO RESPOND TO OBJECTION
TO MOVANT'S NOTICE OF MORTGAGE PAYMENT CHANGE**

Upon consideration of the *Third Consent Motion for an Order Extending Time to Respond to Objection to Movant's Notice of Mortgage Payment Change* (the "Motion"), and after due deliberation and good and sufficient cause appearing,

IT IS HERBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED as set forth herein.

2. JPMorgan Chase Bank, National Association's deadline to respond to the Objection is extended by sixty (60) days through and including November 16, 2018.

3. The hearing on the Objection is rescheduled for January 16, 2019, at 11:30 a.m. in Courtroom B, US Steel Tower, 54th Floor, 600 Grant Street, Pittsburgh, PA 15219.

4. The hearing scheduled for September 19, 2018, is cancelled.

Prepared by: Luke A. Sizemore, Esq.

Dated: September 17, 2018

_Carlota M. Böhm_
THE HONORABLE CARLOTA H. BÖHM dmr
UNITED STATES BANKRUPTCY COURT

FILED
9/17/18 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 17-21194-TPA
Roxanne Lynne Herceg                                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric             Page 1 of 1             Date Rcvd: Sep 17, 2018
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2018.
db             +Roxanne Lynne Herceg,    5465 Spruce Street,    Bethel Park, PA 15102-2607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
      Catherine T. Martin    on behalf of Debtor Roxanne Lynne Herceg martinc@nlsa.us
      James Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,
       cnoroski@grblaw.com
      Luke A. Sizemore    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       lsizemore@reedsmith.com,    slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
      Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
       Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 7