**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| ROXANNE LYNNE HERCEG, | Case No. 17-21194 TPA |
| Debtor. | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | Document No. ____ |
| Movant, | Related to Document No. _60_ |
| v. | Related to Claim No. 15 |
| UNITED STATES TRUSTEE, | Objection Deadline: November 16, 2018 |
| Respondent. | Hearing Date and Time: January 16, 2019 at 11:30 a.m. ET |

**ORDER EXTENDING TIME TO RESPOND TO OBJECTION
TO MOVANT'S NOTICE OF MORTGAGE PAYMENT CHANGE**

Upon consideration of the *Fourth Consent Motion for an Order Extending Time to Respond to Objection to Movant's Notice of Mortgage Payment Change* (the "Motion"), and after due deliberation and good and sufficient cause appearing,

IT IS HERBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED as set forth herein.

2. JPMorgan Chase Bank, National Association's deadline to respond to the Objection is extended through and including January 25, 2019.

3. The hearing on the Objection is rescheduled for __February 13__, 2019, at __11:30 A.M.__ in Courtroom B, US Steel Tower, 54th Floor, 600 Grant Street, Pittsburgh, PA 15219.

4. The hearing scheduled for January 16, 2019, is cancelled.

Prepared by: Luke A. Sizemore, Esq.

Dated:    November 15, 2018

_____
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
11/15/18 8:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-21194-TPA
Roxanne Lynne Herceg                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric              Page 1 of 1                Date Rcvd: Nov 15, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
db             +Roxanne Lynne Herceg,    5465 Spruce Street,    Bethel Park, PA 15102-2607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2018 at the address(es) listed below:
      Catherine T. Martin    on behalf of Debtor Roxanne Lynne Herceg martinc@nlsa.us
      James Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor   Municipality of Bethel Park jhunt@grblaw.com, cnoroski@grblaw.com
      Luke A. Sizemore    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION lsizemore@reedsmith.com,    slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
      Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                 TOTAL: 7