FILED
4/5/19 12:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| ROXANNE LYNNE HERCEG, | Case No. 17-21194 TPA |
| Debtor. | Document No. 73 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | |
| Movant, | |
| v. | |
| UNITED STATES TRUSTEE, | |
| Respondent. | |

### ORDER ADMITTING RYAN M. TOSI *PRO HAC VICE*

AND NOW, this __5th__ day of __April__, 2019, upon consideration of the *Motion for Pro Hac Vice Admission of Ryan M. Tosi* (the "Motion"), it is hereby ORDERED that the Motion is GRANTED and Ryan M. Tosi is hereby admitted *pro hac vice* in the above-referenced bankruptcy case.

Dated: __April 5, 2019__

_____
THE HONORABLE THOMAS P. AGRESTI

```
                               United States Bankruptcy Court
                               Western District of Pennsylvania
In re:                                                                  Case No. 17-21194-TPA
Roxanne Lynne Herceg                                                    Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut                  Page 1 of 1                  Date Rcvd: Apr 05, 2019
                              Form ID: pdf900             Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2019.
db             +Roxanne Lynne Herceg,    5465 Spruce Street,    Bethel Park, PA 15102-2607
aty             Ryan M. Tosi,    K&L Gates,   State Street Financial Center,    One Lincoln Street,
                 Boston, MA   02111-2950

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2019 at the address(es) listed below:
          Catherine T. Martin    on behalf of Debtor Roxanne Lynne Herceg martinc@nlsa.us
          James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,
           cnoroski@grblaw.com
          Luke A. Sizemore    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           lsizemore@reedsmith.com,   slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Norma Hildenbrand,   on Behalf of the United States Trustee by   on behalf of U.S. Trustee
           Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```