**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| ROXANNE LYNNE HERCEG, | Case No. 17-21194 TPA |
| Debtor. | |
| | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | Document No. ____ |
| Movant, | Related to Document No. 78 |
| | Related to Claim No. 15 |
| v. | Objection Deadline: April 25, 2019 |
| UNITED STATES TRUSTEE, | Hearing Date and Time: |
| Respondent. | May 8, 2019, at 10:00 a.m. ET |

**ORDER EXTENDING TIME TO RESPOND TO OBJECTION
TO MOVANT'S NOTICE OF MORTGAGE PAYMENT CHANGE**

Upon consideration of the *Sixth Consent Motion for an Order Extending Time to Respond to Objection to Movant's Notice of Mortgage Payment Change* (the "Motion"), and after due deliberation and good and sufficient cause appearing,

IT IS HERBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Motion is GRANTED as set forth herein.

2.    JPMorgan Chase Bank, National Association's deadline to respond to the Objection is extended through and including July 24, 2019.

3.    The hearing on the Objection is rescheduled for _August 14, 2019_ 2019, at _11:00_ in Courtroom B, US Steel Tower, 54th Floor, 600 Grant Street, Pittsburgh, PA 15219.

4.    The hearing scheduled for May 8, 2019, is cancelled.

Prepared by:  Luke A. Sizemore, Esq.

Dated:    April 29, 2019

THE HONORABLE CARLOTA M. BÖHM
UNITED STATES BANKRUPTCY COURT

FILED
4/29/19 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-21194-TPA
Roxanne Lynne Herceg                                                                Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Apr 29, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db              +Roxanne Lynne Herceg,     5465 Spruce Street,    Bethel Park, PA 15102-2607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
            Catherine T. Martin    on behalf of Debtor Roxanne Lynne Herceg martinc@nlsa.us
            James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
             bkgroup@kmllawgroup.com
            Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,
             cnoroski@grblaw.com
            Luke A. Sizemore    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
             lsizemore@reedsmith.com,   slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
            Norma Hildenbrand,  on Behalf of the United States Trustee by   on behalf of U.S. Trustee
             Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 7