IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Roxanne Lynne Herceg,** | : Bankruptcy No. 17-21194 TPA |
| Debtor. | : |
| | : Chapter 13 |
| **JPMorgan Chase Bank, National Association,** | : |
| | : |
| Movant, | : |
| v. | : Related to Doc. No. 37 |
| | : |
| **United States Trustee,** | : |
| | : |
| Respondent. | : |

# ORDER

AND NOW, this **6th** day of *May, 2019*, it is hereby **ORDERED** that the hearing on the *Objection of the United States Trustee to Notice of Mortgage Payment Change* scheduled for August 14, 2019 is **RESCHEDULED** to *August 12, 2019* at *10:00 A.M.* in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

FILED
5/6/19 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm           **dmr**
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Roxanne Lynne Herceg  
    Debtor

Case No. 17-21194-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric     Page 1 of 1     Date Rcvd: May 06, 2019  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2019.  
db            +Roxanne Lynne Herceg,    5465 Spruce Street,    Bethel Park, PA 15102-2607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:

         Catherine T. Martin    on behalf of Debtor Roxanne Lynne Herceg martinc@nlsa.us  
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Luke A. Sizemore    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          lsizemore@reedsmith.com,    slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com  
         Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee  
         Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                            TOTAL: 7