Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Roxanne Lynne Herceg**
  Debtor(s)

Bankruptcy Case No.: 17–21194–TPA
Related to Docket No. 84
Chapter: 13
Docket No.: 85 – 84
Concil. Conf.: 8/22/19 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **July 15, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **July 29, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **8/22/19** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan*) will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: May 31, 2019

cm: All Creditors and Parties In Interest

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-21194-TPA
Roxanne Lynne Herceg                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar               Page 1 of 2              Date Rcvd: May 31, 2019
                      Form ID: 213              Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
```
db            +Roxanne Lynne Herceg,    5465 Spruce Street,    Bethel Park, PA 15102-2607
aty            Ryan M. Tosi,    K&L Gates,    State Street Financial Center,    One Lincoln Street,
                 Boston, MA 02111-2950
cr            +Municipality of Bethel Park,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219-6101
14390212      +Bethel Park Borough-Sewage,    c/o Jordan Tax,    102 Rahway Road,
                 McMurray, Pennsylvania 15317-3349
14390213      +Citizens Bank,    525 William Penn Place,    Pittsburgh, Pennsylvania 15219-1727
14390217       Fingerhut Direct Marketing,    c/o Jefferson Capital System,    15 Mceland Road,
                 Saint Cloud, Minnesota 56303
14390218      +First Premier Bank,    3820 N. Louise Ave,    Sioux Falls, South Dakota 57107-0145
14390219      +Grass Master Landscaping,    615 Ann St.,    Monongahela, Pennsylvania 15063-2114
14738360      +JPMorgan Chase Bank, NA,    c/o Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14738361      +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14390220      +JPMorgan Chase Bank, National Association,    c/o 3415 Vision Drive,    Columbus, Ohio 43219-6009
14390221      +KML Law Group, P.C.,    Mellpn Independence Center- Suite 5000,    701 Market Street,
                 Philadelphia, Pennsylvania 19106-1538
14521160      +Municipality of Bethel Park,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14390223      +Progressive Insurance,    c/o Caine & Weiner,    15025 Oxnard Street- Suite 100,
                 Van Nuys, California 91411-2640
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14390214       E-mail/Text: documentfiling@lciinc.com Jun 01 2019 03:28:14      Comcast-Xfinity,    PO BOX 3001,
                 Southeastern, Pennsylvania 19398-3001
14390216      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2019 03:25:08      Comenity Bank,
                 c/o Portfolio Recovery,    120 Corporate Blvd,    Norfolk, Virginia 23502-4952
14390215      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 01 2019 03:28:52      Comenity bank,
                 c/o Midland Funding, LLC,    2365 Northside Driv, Suite 300,    San Diego, California 92108-2709
14419242      +E-mail/Text: bankruptcy@sccompanies.com Jun 01 2019 03:29:39      Ginny’s,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14659164       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 01 2019 03:29:07      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14420076      +E-mail/Text: bankruptcy@sccompanies.com Jun 01 2019 03:28:08      K. Jordan,
                 c/o Creditor Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14661722       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 01 2019 03:23:41
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14655242      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 01 2019 03:28:52      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
14664261       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2019 03:25:10
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14390222      +E-mail/Text: csc.bankruptcy@amwater.com Jun 01 2019 03:29:34      Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
14660115      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 01 2019 03:29:08      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14390224      +E-mail/Text: bankruptcy@sccompanies.com Jun 01 2019 03:29:39      Seventh Avenue,
                 1515 S 21st Street,    Clinton, Iowa 52732-6676
14420228      +E-mail/Text: bankruptcy@sccompanies.com Jun 01 2019 03:29:39      Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14420227      +E-mail/Text: bankruptcy@sccompanies.com Jun 01 2019 03:28:09      Stoneberry,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14634055      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 01 2019 03:35:42      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14390225      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 01 2019 03:28:11
                 Verizon Pennsylvania Inc,    500 Technology Drive,    Weldon Spring, Missouri 63304-2225
14390226      +E-mail/Text: bnc-bluestem@quantum3group.com Jun 01 2019 03:29:19      WebBank/Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, Minnesota 56303-0820
14650236      +E-mail/Text: bankruptcy@firstenergycorp.com Jun 01 2019 03:28:57      West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: lmar                   Page 2 of 2                   Date Rcvd: May 31, 2019
                               Form ID: 213                 Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
          Catherine T. Martin    on behalf of Debtor Roxanne Lynne Herceg martinc@nlsa.us
          James   Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,
           cnoroski@grblaw.com
          Luke A. Sizemore    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           lsizemore@reedsmith.com,   slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Norma Hildenbrand,   on Behalf of the United States Trustee by   on behalf of U.S. Trustee
           Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```