**Form 132**

UNITED STATES BANKRUPTCY COURT    92
WESTERN DISTRICT OF PENNSYLVANIA    culy

In re:    Bankruptcy Case No.: 17–21194–TPA

Chapter: 7

**Roxanne Lynne Herceg**
    Debtor(s)

# NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
# AND DETERMINATION OF TRUSTEE BOND

Robert Shearer is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 7/19/19    **Andrew R. Vara**
    Acting United States Trustee

    **Joseph S. Sisca**
    Assistant United States Trustee
    Western District of Pennsylvania

---

I Robert Shearer, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

    Robert Shearer

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Roxanne Lynne Herceg  
     Debtor

Case No. 17-21194-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Jul 19, 2019  
                     Form ID: 132    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.  
tr             +Robert Shearer,    5703 Brewster Lane,    Erie, PA 16505-1109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:  
      Catherine T. Martin    on behalf of Debtor Roxanne Lynne Herceg martinc@nlsa.us  
      James Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
      Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com, cnoroski@grblaw.com  
      Luke A. Sizemore    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION lsizemore@reedsmith.com,    slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com  
      Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Robert Shearer    information@robertshearer.com,    rshearer@ecf.axosfs.com;rspclaw@gmail.com  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                            TOTAL: 8