| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Roxanne Lynne Herceg** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | **xxx–xx–2446** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **3/28/17** |
| Case number: | **17–21194–TPA** | Date case converted to chapter **7** | **7/19/19** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Roxanne Lynne Herceg | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5465 Spruce Street <br> Bethel Park, PA 15102 | |
| 4. | **Debtor's attorney** <br> Name and address | Catherine T. Martin <br> Neighborhood Legal Services Assoc. <br> 928 Penn Avenue <br> Pittsburgh, PA 15222 | Contact phone 412–586–6118 <br><br> Email:  martinc@nlsa.us |
| 5. | **Bankruptcy trustee** <br> Name and address | Robert Shearer <br> 5703 Brewster Lane <br> Erie, PA 16505 | Contact phone 814 504 2613 <br><br> Email:  information@robertshearer.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 7/19/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 9, 2019 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8.   Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/8/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/27/19**<br><br>**Filing deadline: 9/25/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Roxanne Lynne Herceg
    Debtor

Case No. 17-21194-TPA
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 2     Date Rcvd: Jul 19, 2019
                    Form ID: 309B     Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.

```
db             +Roxanne Lynne Herceg,    5465 Spruce Street,    Bethel Park, PA 15102-2607
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty             Jeffrey R. Hunt,    Goehring, Rutter & Boehm,    437 Grant Street,    14th Floor,
                 Pittsburgh, PA  15219-6107
aty            +Luke A. Sizemore,    Reed Smith, LLP,    225 Fifth Avenue,    Pittsburgh, PA 15222-2716
aty             Ryan M. Tosi,    K&L Gates,    State Street Financial Center,    One Lincoln Street,
                 Boston, MA  02111-2950
cr             +Municipality of Bethel Park,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219-6101
14390212       +Bethel Park Borough-Sewage,    c/o Jordan Tax,    102 Rahway Road,
                 McMurray, Pennsylvania 15317-3349
14390213       +Citizens Bank,    525 William Penn Place,    Pittsburgh, Pennsylvania 15219-1727
14390217        Fingerhut Direct Marketing,    c/o Jefferson Capital System,    15 Mceland Road,
                 Saint Cloud, Minnesota 56303
14390219       +Grass Master Landscaping,    615 Ann St.,    Monongahela, Pennsylvania 15063-2114
14738360       +JPMorgan Chase Bank, NA,    c/o Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14738361       +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14390220       +JPMorgan Chase Bank, National Association,    c/o 3415 Vision Drive,    Columbus, Ohio 43219-6009
14390221       +KML Law Group, P.C.,    Mellpn Independence Center- Suite 5000,    701 Market Street,
                 Philadelphia, Pennsylvania 19106-1538
14521160       +Municipality of Bethel Park,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14390223       +Progressive Insurance,    c/o Caine & Weiner,    15025 Oxnard Street- Suite 100,
                 Van Nuys, California 91411-2640
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: martinc@nlsa.us Jul 20 2019 02:44:47      Catherine T. Martin,
                 Neighborhood Legal Services Assoc.,    928 Penn Avenue,    Pittsburgh, PA  15222
aty            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 20 2019 02:46:36
                 Norma Hildenbrand, on Behalf of the United States,    Office of the United States Trustee,
                 Suite 970 Liberty Center,    1001 Liberty Avenue,    Pittsburgh, PA 15222-3714
tr             +EDI: QRSHEARER.COM Jul 20 2019 06:33:00      Robert Shearer,    5703 Brewster Lane,
                 Erie, PA 16505-1109
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2019 02:46:28      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 20 2019 02:46:36
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14390214        EDI: COMCASTCBLCENT Jul 20 2019 06:33:00      Comcast-Xfinity,    PO BOX 3001,
                 Southeastern, Pennsylvania 19398-3001
14390216       +EDI: PRA.COM Jul 20 2019 06:33:00      Comenity Bank,    c/o Portfolio Recovery,
                 120 Corporate Blvd,    Norfolk, Virginia 23502-4952
14390215       +EDI: MID8.COM Jul 20 2019 06:33:00      Comenity bank,    c/o Midland Funding, LLC,
                 2365 Northside Driv, Suite 300,    San Diego, California 92108-2709
14390218       +EDI: AMINFOFP.COM Jul 20 2019 06:33:00      First Premier Bank,    3820 N. Louise Ave,
                 Sioux Falls, South Dakota 57107-0145
14419242       +EDI: CBS7AVE Jul 20 2019 06:33:00      Ginny’s,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
14659164        EDI: JEFFERSONCAP.COM Jul 20 2019 06:33:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
14420076       +EDI: CBSMASON Jul 20 2019 06:33:00      K. Jordan,    c/o Creditor Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
14661722        EDI: RESURGENT.COM Jul 20 2019 06:33:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14655242       +EDI: MID8.COM Jul 20 2019 06:33:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
14664261        EDI: PRA.COM Jul 20 2019 06:33:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14390222       +E-mail/Text: csc.bankruptcy@amwater.com Jul 20 2019 02:47:07      Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
14660115       +EDI: JEFFERSONCAP.COM Jul 20 2019 06:33:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14390224       +EDI: CBS7AVE Jul 20 2019 06:33:00      Seventh Avenue,    1515 S 21st Street,
                 Clinton, Iowa 52732-6676
14420228       +EDI: CBS7AVE Jul 20 2019 06:33:00      Seventh Avenue,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
14420227       +EDI: CBSMASON Jul 20 2019 06:33:00      Stoneberry,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
```

```
District/off: 0315-2          User: culy                Page 2 of 2              Date Rcvd: Jul 19, 2019
                              Form ID: 309B             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14634055       +EDI: AIS.COM Jul 20 2019 06:33:00     Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14390225       +EDI: VERIZONCOMB.COM Jul 20 2019 06:33:00      Verizon Pennsylvania Inc,    500 Technology Drive,
                 Weldon Spring, Missouri 63304-2225
14390226       +EDI: BLUESTEM Jul 20 2019 06:33:00     WebBank/Fingerhut,    6250 Ridgewood Road,
                 Saint Cloud, Minnesota 56303-0820
14650236       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 20 2019 02:46:40      West Penn Power,
                 5001 NASA Blvd,   Fairmont WV 26554-8248
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:

```
              Catherine T. Martin    on behalf of Debtor Roxanne Lynne Herceg martinc@nlsa.us
              James   Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,
               cnoroski@grblaw.com
              Luke A. Sizemore    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               lsizemore@reedsmith.com,    slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert   Shearer    information@robertshearer.com,  rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8
```