**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROXANNE LYNNE HERCEG

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:17-21194 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/28/2017 and confirmed on 04/27/2017 . The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,372.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,367.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 327.32 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 327.32 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 5,505.99 | 0.00 | 5,505.99 |
| Acct: 1294 | | | | |
| JPMORGAN CHASE BANK NA | 9,820.34 | 833.09 | 0.00 | 833.09 |
| Acct: 1294 | | | | |
| MUNICIPALITY OF BETHEL PARK (SWG) | 1,798.80 | 91.41 | 177.20 | 268.61 |
| Acct: H138 | | | | |
| MUNICIPALITY OF BETHEL PARK (SWG) | 1,491.22 | 121.99 | 0.00 | 121.99 |
| Acct: H138 | | | | |
| MUNICIPALITY OF BETHEL PARK (SWG) | 648.50 | 0.00 | 0.00 | 0.00 |
| Acct: H138 | | | | |
| MUNICIPALITY OF BETHEL PARK (SWG) | 135.03 | 0.00 | 0.00 | 0.00 |
| Acct: H138 | | | | |
| | | | | 6,729.68 |
| Priority | | | | |
| CATHERINE T MARTIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROXANNE LYNNE HERCEG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ROXANNE LYNNE HERCEG | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NEIGHBORHOOD LEGAL SVCS ASSN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXX4TPA | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| CITIZENS BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3003 | | | | |
| MIDLAND FUNDING LLC | 1,052.59 | 0.00 | 0.00 | 0.00 |
| Acct: 2832 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 475.79 | 0.00 | 0.00 | 0.00 |
| Acct: 8196 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 452.60 | 0.00 | 0.00 | 0.00 |
| Acct: 5620 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 168.63 | 0.00 | 0.00 | 0.00 |
| Acct: 5850 | | | | |
| PREMIER BANKCARD LLC | 537.04 | 0.00 | 0.00 | 0.00 |
| Acct: 5956 | | | | |
| GRASS MASTER LANDSCAPING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN | 368.99 | 0.00 | 0.00 | 0.00 |
| Acct: 0830 | | | | |
| PROGRESSIVE INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SEVENTH AVENUE | 384.86 | 0.00 | 0.00 | 0.00 |
| Acct: 9570 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 165.47 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GINNYS | 380.71 | 0.00 | 0.00 | 0.00 |
| Acct: 9630 | | | | |
| K JORDAN | 455.50 | 0.00 | 0.00 | 0.00 |
| Acct: 5B2J | | | | |
| STONEBERRY | 301.27 | 0.00 | 0.00 | 0.00 |
| Acct: 5C2G | | | | |
| WEST PENN POWER* | 653.63 | 0.00 | 0.00 | 0.00 |
| Acct: 4317 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 500.08 | 0.00 | 0.00 | 0.00 |
| Acct: 8483 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                           7,039.68

TOTAL CLAIMED
PRIORITY                      310.00
SECURED                    13,893.89
UNSECURED                   5.897.16

Date: 07/31/2019                                            /s/ Ronda J. Winnecour
                                                            RONDA J WINNECOUR PA ID #30399
                                                            CHAPTER 13 TRUSTEE WD PA
                                                            600 GRANT STREET
                                                            SUITE 3250 US STEEL TWR
                                                            PITTSBURGH, PA  15219
                                                            (412) 471-5566
                                                            cmecf@chapter13trusteewdpa.com