IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: ROXANNE LYNNE HERCEG     Case No. 17-21194 TPA
               Debtor                              Chapter 7

ROXANNE LYNNE HERCEG
               Movant

vs.
Municipality of Bethel Park, Columbia
Gas Company, PA American Water,
Penn Credit Corporation
               Respondents

## **CERTIFICATE OF SERVICE**

      I, Catherine T. Martin, do hereby certify that I have served or caused to be served, on August 2, 2019, a copy of the July 19, 2019 order and the Debtor's Response to Conversion Order upon the following parties by notice of electronic filing:

Jeffrey R. Hunt on behalf of Creditor Municipality of Bethel Park
jhunt@grblaw.com , cnoroski@grblaw.com

Robert Shearer
information@robertshearer.com , rshearer@ecf.axosfs.com;rspclaw@gmail.com

Luke A. Sizemore on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
lsizemore@reedsmith.com , slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

James Warmbrodt on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
bkgroup@kmllawgroup.com

Norma Hildenbrand, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
Norma.L.Hildenbrand@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

And service by first class mail was made on the newly added creditors and the originally listed creditors:

**Newly added creditors:**

Mun. of Bethel Park
c/o Jordan Tax Service
7100 Baptist Road
Bethel Park, PA 15102-3908

Columbia Gas Co. of PA
PO Box 742537
Cincinnati, OH 45274-2537


PA American Water
PO Box 371412
Pittsburgh, PA 15250-7412

Penn Credit Corporation
PO Box 69730
Harrisburg, PA 17106-9703

**Originally listed creditors:**

Bethel Park Borough-Sewage
c/o Jordan Tax
102 Rahway Road
McMurray, Pennsylvania 15102

Citizens Bank
525 William Penn Place
Pittsburgh, Pennsylvania 15219

Comcast-Xfinity
PO BOX 3001
Southeastern, Pennsylvania 19398-3001

Comenity bank
c/o Midland Funding, LLC
2365 Northside Driv, Suite 300
San Diego, California 92108

Comenity Bank
c/o Portfolio Recovery
120 Corporate Blvd
Norfolk, Virginia 23502

Fingerhut Direct Marketing
c/o Jefferson Capital System
15 Mcleland Road
Saint Cloud, Minnesota 56303

First Premier Bank
3820 N. Louise Ave
Sioux Falls, South Dakota 57107

Ginny's
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

Grass Master Landscaping
615 Ann St.
Monongahela, Pennsylvania 15063

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617


JPMorgan Chase Bank, NA
c/o Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555, 700 Kansas Lane
Monroe, LA 71203

JPMorgan Chase Bank, National Association
c/o 3415 Vision Drive
Columbus, Ohio 43219

K. Jordan
c/o Creditor Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

KML Law Group, P.C.
Mellon Independence Ctr- Ste 5000
701 Market Street
Philadelphia, Pennsylvania 19106

LVNV Funding, LLC its successors and assigns as assignee of MHC Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090

Pennsylvania American Water
PO Box 578
Alton, IL 62002

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Premier Bankcard, Llc
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Progressive Insurance
c/o Caine & Weiner
15025 Oxnard Street- Suite 100
Van Nuys, California 91411

Seventh Avenue
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

Seventh Avenue
1515 S 21st Street
Clinton, Iowa 52732

Stoneberry
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

Verizon
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Verizon Pennsylvania Inc
500 Technology Drive
Weldon Spring, Missouri 63304

WebBank/Fingerhut
6250 Ridgewood Road
Saint Cloud, Minnesota 58303

West Penn Power
5001 NASA Blvd
Fairmont WV 26554

                Respectfully submitted:

                /s/Catherine T. Martin

                PA Bar I.D. No. 29049
                NEIGHBORHOOD LEGAL SERVICES
                ASSOCIATION
                Firm No. 213
                928 Penn Avenue
                Pittsburgh, PA 15222
                (412) 586-6118
                Email: martinc@nlsa.us