IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | Bankruptcy No. 17-21194 |
| ROXANNE LYNNE HERCEG : | |
| Debtor, : | |
| : | Chapter 7 |
| ROXANNE LYNNE HERCEG : | |
| Movant, : | |
| : | Related to Document No. |
| v. : | |
| : | |
| : | |
| No Respondent. : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I,  <u>  Catherine Martin  </u>, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By:  <u>/s/ Catherine Martin</u>
Signature

<u> Catherine Martin </u>
Typed Name

<u>928 Penn Avenue, Pittsburgh,  PA 15222</u>
Address

<u> (412)-586-6118 </u>
Phone No.

<u> #29049, Pennsylvania </u>
List Bar I.D. and State of Admission

**List of Creditors**

Mun. of Bethel Park
c/o Jordan Tax Service
7100 Baptist Road
Bethel Park, PA 15102-3908

Columbia Gas Co. of PA
PO Box 742537
Cincinnati, OH 45274-2537

PA American Water
PO Box 371412
Pittsburgh, PA 15250-7412

Penn Credit Corporation
PO Box 69730
Harrisburg, PA 17106-9703

Municipality of Bethel Park
c/o Goehring, Rutter & Boehm
437 Grant St., 14th Floor
Pittsburgh, PA 15219-6101

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
Harrisburg, PA 17128-0946

Bethel Park Borough-Sewage
c/o Jordan Tax
102 Rahway Road
McMurray, Pennsylvania 15317-3349

Citizens Bank
525 William Penn Place
Pittsburgh, Pennsylvania 15219-1727

Comcast-Xfinity
PO BOX 3001
Southeastern, Pennsylvania 19398-3001

Comenity Bank
c/o Portfolio Recovery
120 Corporate Blvd
|Norfolk, Virginia 23502-4952

Comenity bank |c/o Midland Funding, LLC
2365 Northside Driv, Suite 300
San Diego, California 92108-2709

Fingerhut Direct Marketing
c/o Jefferson Capital System
15 Mcleland Road
Saint Cloud, Minnesota 56303

First Premier Bank
3820 N. Louise Ave
Sioux Falls, South Dakota 57107-0145

Ginny's |c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Grass Master Landscaping
615 Ann St.|Monongahela, Pennsylvania 15063-2114

JPMorgan Chase Bank, NA
c/o Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555|
700 Kansas Lane|Monroe, LA 71203-4774

JPMorgan Chase Bank, National Association
c/o 3415 Vision Drive
Columbus, Ohio 43219-6009

JPMorgan Chase Bank, National Association
c/o Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

K. Jordan
c/o Creditor Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

KML Law Group, P.C.
Mellon Independence Center- Suite 5000
701 Market Street
Philadelphia, Pennsylvania 19106-1538

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns
Assignee of MHC Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090-201

Municipality of Bethel Park
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building|Pittsburgh, PA 15219-6101

Pennsylvania American Water
PO Box 578
Alton, IL 62002-0578

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067
Preferred

Premier Bankcard, Llc
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-7999

Progressive Insurance
c/o Caine & Weiner
15025 Oxnard Street- Suite 100
Van Nuys, California 91411-2640

Seventh Avenue
1515 S 21st Street
Clinton, Iowa 52732-6676

Seventh Avenue
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Stoneberry
c/o Creditors Bankruptcy Service
P.O. Box 800849|Dallas, TX 75380-0849

Verizon
By American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Verizon Pennsylvania Inc
500 Technology Drive
Weldon Spring, Missouri 63304-2225

WebBank/Fingerhut
6250 Ridgewood Road
Saint Cloud, Minnesota 56303-0820

West Penn Power
5001 NASA Blvd
Fairmont WV 26554-8248

Robert Shearer
5703 Brewster Lane
Erie, PA 16505-1109

Ryan M. Tosi
K&L Gates
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950